IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 73.136.118.63

**ISP:** Comcast Cable
**Physical Location:** Sugar Land, TX

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/02/2019 10:16:12 | 3B4FD8CF7C2D8CC5D552808F6B8307FF768A4E49 | Threeway Team Sport |
| 06/10/2019 02:46:30 | 186EDBF1E7CB0FC8FD4422E7E8B5FAECAD5EE10A | Fifty Shades of Kate |
| 05/31/2019 06:28:08 | 1F5120DFCC4B990FA0A669B93201932F10EDC7CC | Kate Pole Dance and Sex Show |
| 05/06/2019 13:09:02 | DCAB6FEB069BDEDBD3D747D590BC077D151CD7E9 | Cindy Sauna Sex |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

STX300