United States District Court
Southern District of Texas
**ENTERED**
October 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:19-CV-2750 |
| § | |
| JOHN DOE, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal of John Doe, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

SIGNED at Houston, Texas, this 25th day of October, 2019.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE